UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEBELL<br><br>          Plaintiff,<br><br>     vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND DOES 1-10,<br><br>          Defendants. | Case No.: 1:21-CV-00164-DAD-JLT<br><br>[~~PROPOSED~~] ORDER TO CONTINUE SCHEDULING CONFERENCE<br><br>(Doc. 21) |

Upon reading the Stipulation of the parties, and good cause appearing, the Scheduling Conference, originally set for August 13, 2021 is rescheduled for August 27, 2021 at 9:00 a.m. The parties SHALL file their joint scheduling report no later than August 20, 2021.

IT IS SO ORDERED.

Dated:  **July 30, 2021**              **/s/ Jennifer L. Thurston**
                                        CHIEF UNITED STATES MAGISTRATE JUDGE

– 1 –

[PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE