UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEBELL<br><br>                Plaintiff,<br><br>    vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND DOES 1-10,<br><br>                Defendants. | Case No.: 1:21-CV-00164-DAD-JLT<br><br>ORDER GRANTING STIPULATION TO SET A BRIEFING SCHEDULE<br><br>(Doc. 26) |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS**

1. The defendant **SHALL** lodge the administrative record **no later than February 28, 2022**.

2. Cross-briefs, pursuant to Federal Rules of Civil Procedure 52(a) **SHALL** be filed **no later than April 5, 2022.** Responsive briefs **SHALL** be filed **no later than April 19, 2022**.

///

///

///

///

///

1

3. The hearing on the briefs is set on **May 17, 2022** at 8:30 a.m.[1]

IT IS SO ORDERED.

Dated: **September 9, 2021**         /s/ Jennifer L. Thurston
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] This date is different from that identified by the parties. The date they chose provides insufficient time for the Court to consider the matter. Even still, the Court may determine that a hearing is unnecessary or select a different date, depending upon the needs of the calendar.