UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEBELL, | Case No.  1:21-cv-00164-DAD-BAK (BAM) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO VACATE SETTLEMENT CONFERENCE** |
| v. | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | (Doc. 31) |
| Defendant. | |

      This matter is set for a Settlement Conference on March 3, 2022, before the undersigned. Currently before the Court is the parties' stipulation to vacate the settlement conference or, in the alternative, to continue the settlement conference.  (Doc. 31.)  The parties acknowledge the Court's Scheduling Order, which provided that because of the parties' intention to engage in private mediation by December 2021, "if they jointly agree that the settlement conference will not achieve a resolution, they may stipulate to vacate the settlement conference," (Doc. 23 at 4 n.3).[1] (*Id.* at 1-2.) The parties explain that they participated in a private mediation on August 24, 2021, the case did not settle, and they do not anticipate that further settlement discussions will be productive "because there is a significant discrepancy in the parties' respective calculations of the

---

[1] The Scheduling Order also indicated that the parties "must provide sufficient detail, rather than mere conclusions, why the settlement conference would not be productive."  (Doc. 23 at 4 n. 3.)

1

1  total amount of benefits that are potentially at issue in this case." (*Id.* at 2.)  The parties further
2  explain that they have "agreed to stipulate to vacate the settlement conference so that they may
3  focus their efforts on preparing for the upcoming Rule 52(a) hearing," which is scheduled for
4  May 17, 2022.  (*Id.*)  If the Court does not vacate the settlement conference, then the parties
5  alternatively request that it be briefly continued to April 2022.
6      Having considered the parties' stipulation, and good cause appearing, the Settlement
7  Conference currently set for March 3, 2022, is HEREBY VACATED.  Should the parties
8  determine that a later settlement conference may be fruitful, they may jointly request one by
9  contacting the Magistrate Judge's Courtroom Deputy Clerk.

IT IS SO ORDERED.

Dated:   **January 28, 2022**                    /s/ *Barbara A. McAuliffe*
                                                                          UNITED STATES MAGISTRATE JUDGE