UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEBELL<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 1:21-CV-00164-DAD-BAK (BAM)<br><br>**ORDER GRANTING JOINT STIPULATION TO MODIFY THE BRIEFING SCHEDULE** |

FOR GOOD CAUSE APPEARING AND BASED ON THE PARTIES' STIPULATION, IT IS HEREBY ORDERED THAT the following dates be continued:

- Responsive briefs shall be filed by April 26, 2022;
- All other case management dates remain unchanged.

IT IS SO ORDERED.

Dated: __April 5, 2022__　　　　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

– 1 –