UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEBELL,<br><br>             Plaintiff,<br><br>     v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>             Defendant. | Case No. 1:21-cv-00164-KES-CDB<br><br>ORDER GRANTING SUBSTITUTION OF ATTORNEY<br><br>(Doc. 57) |

On July 23, 2024, Defendant Unum Life Insurance Company of America's ("Defendant") Counsel Nicole Y. Blohm filed a request for substitution of attorney. (Doc. 57). Counsel Blohm seeks to substitute herself as counsel of record in light of her joining Burke Williams & Sorensen LLP. *Id.* Accordingly, Defendant's request for substitution of attorney (Doc. 57) is GRANTED.

IT IS SO ORDERED.

Dated:   **July 26, 2024**                                          _____
                                                                                     UNITED STATES MAGISTRATE JUDGE