1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

MICHAEL CEBELL

Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF
AMERICA AND DOES 1-10,

Defendants.

Case No.: 1:21-cv-00164-KES-CDB

**ORDER TO CONTINUE HEARING ON
CROSS-MOTIONS FOR JUDGMENT**

**(Doc. 64)**

12

13

14

15

16

17

18

19    Pursuant to the Parties' Stipulation, and good cause appearing, the hearing on the cross-

20   motions for judgment currently set for August 4, 2025 at 1:30 p.m. in Courtroom 6 is continued to

21   September 22, 2025 at 1:30 p.m. in Courtroom 6 before this Court.

22

23

24   IT IS SO ORDERED.

25     Dated:    May 20, 2025

26

27

28

_____
UNITED STATES DISTRICT JUDGE

– 1 –

ORDER TO CONTINUE HEARING ON CROSS-MOTIONS FOR JUDGMENT

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER TO CONTINUE HEARING ON CROSS-MOTIONS FOR JUDGMENT