UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL CEBELL,<br><br>            Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA AND DOES 1-10,<br><br>            Defendants. | Case No.: 1:21-cv-00164-KES-CDB<br><br>**ORDER TO CONTINUE HEARING ON CROSS-MOTIONS FOR JUDGMENT**<br><br>**(Doc. 66)** |

Pursuant to the Parties' Stipulation, and good cause appearing, the hearing on the cross-motions for judgment currently set for September 22, 2025 at 1:30 p.m. in Courtroom 6 is continued to October 20, 2025 at 1:30 p.m. in Courtroom 6 before this Court.

IT IS SO ORDERED.

    Dated:   July 11, 2025

                                     UNITED STATES DISTRICT JUDGE