|   |   |
|---|---|
| MICHAEL CEBELL | Case No.: 1:21-cv-00164-KES-CDB |
| Plaintiff, |   |
| vs. | **ORDER TO CONTINUE HEARING ON CROSS-MOTIONS FOR JUDGMENT** |
| UNUM LIFE INSURANCE COMPANY OF AMERICA AND DOES 1-10, |   |
| Defendants. |   |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Pursuant to the Parties' Stipulation, and good cause appearing, the hearing on the cross-motions for judgment currently set for November 10, 2025, at 1:30 p.m. in Courtroom 6 is continued to January 21, 2026, at 1:30 p.m. in Courtroom 6 before this Court.

IT IS SO ORDERED.

Dated:   October 17, 2025

_____
UNITED STATES DISTRICT JUDGE

– 1 –